IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -



United States District Court
Southern District of Texas
ENTERED

APR 0 5 2000

Michael N. Milby
By Deputy Clerk

| | | |
|---|---|---|
| David Lorenza Joyner, <br> Plaintiff, | § § § | |
| vs. | § | Misc. Cause No. B-99-031 |
| | § | |
| Pam Esquivel, et al. <br> Defendants. | § § | |

## ORDER

On October 1, 1999, this court granted *In Forma Pauperis* status to David Lorenza Joyner ("Joyner"). This was done improvidently, since Joyner's petition did not comply with the provisions of 28 U.S.C. § 1915(a)(1). The petition did not include an affidavit of assets possessed by Joyner who is a Texas prisoner.

Joyner is ordered to file such an affidavit on or before May 5, 2000. If such an affidavit is not filed, this case will be dismissed.

DONE at Brownsville, Texas, this 4th day April, 2000.

John Wm. Black
United States Magistrate Judge