IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| GILDARDO ESPINOZA, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | MISC. CAUSE NO. B-99-031 |
| | § | |
| PAM ESQUIVEL, ET AL., | § | |
|     Defendants. | § | |

## ORDER

Gildardo Espinoza ("Espinoza"), a prisoner proceeding *pro se* filed this civil rights complaint under 42 U.S.C. § 1983. The plaintiff claims indigence and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915(a). The petition did not include an affidavit of assets possessed by Espinoza, who is a Texas prisoner.

Espinoza is ordered to file such an affidavit on or before May 5, 2000. If such an affidavit is not filed, this case will be dismissed.

DONE at Brownsville, Texas, this 6th day April, 2000.

                                                John Wm. Black
                                       United States Magistrate Judge