10

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILDARDO ESPINOZA, | § § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MISC. CAUSE NO. B-99-031 |
| | § | |
| | § | |
| PAM ESQUIVEL, ET. AL., | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL

Before this Court for its consideration is Plaintiff's *Pro Se* Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Having reviewed such Motion, it is the opinion of this Court that such Motion be **GRANTED**.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Plaintiff's Pro Se Voluntary Dismissal is **GRANTED** and this case is **DISMISSED** without prejudice.

DONE on this the 30th day of May, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Court